TENDERED FOR FILING
JUL 20 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

WILLIE CAULEY (#189643)        CIVIL ACTION
                                NO. 18-590-SDD-RLB
VERSUS  18-6670 G (1)

ST. TAMMANY PARISH, ET AL.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 20 2018
WP
WILLIAM W. BLEVINS
CLERK

## COMPLAINT

## JURISDICTION

1. Jurisdiction of this court is invoked pursuant to 28 U.S.C., Sections 1331, 1343, 2201, 2202; 42 U.S.C. Sections 1983, 1988; the indictment is based upon an unconstitutional statute or contains an unconstitutional presumption, or in the alternative, said statute is unconstitutional as applied to the facts of this case. The constitutional provisions violated are the Fourth, Fifth, Sixth and Fourteenth Amendments.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

2. There may have been presented before the grand jury considering the indictment in this cause, intercepted wire and oral communications and

evidence derived therefrom which were obtained unlawfully, the indictment is predicated upon matters, facts, documents and evidence that were obtained as the consequence of an illegal search and seizure; said matters, facts, documents and things were all illegally and improperly presentation of evidence to them that gave rise to the return of the indictment herein. Accordingly, the indictment and each and every count thereof must be dismissed. The Plaintiff seek a preliminary injunction, a permanent injunction, and any other necessary and proper relief.

PARTIES

2. Plaintiff Willie Cauley are citizen of The United States and the State of Louisiana.

3. Defendant Warren Montgomery is the District Attorney for the 22nd Judicial District Court

which covers St. Tammany Parish and in State of Louisiana. In that capacity he is responsible for presenting potential Criminal Cases to the Grand Jury and prosecuting cases in which the Grand Jury returned an indictment.

## FACTS

4. On June the 13th, 2017 at approximately 1331 hours, detective Jordan Hollenbeck, along with several other members of the St. Tammany Parish Sheriff's Office Narcotics Task Force, assisted the Slidell Police Department in the execution of a search warrant at 107 Larchwood in Slidell, Louisiana. The details pertaining can be found Slidell Police Department Case #1706-0590 and ST. Tammany Parish Sheriff's Office Case #2017-005951 Detective Jordan Hollenbeck assisted Detective Nick Burtanog in a search

at 107 Larchwood Dr. Slidell, LA without a search warrant. Willie Cauley was charged and Summons with a court date 8/9/2017 Simple poss. of marijuana at 14:00 hours June 13, 2017 Summons# 8876759

The illegal search and seizure lead detective Nick Burtanog into obtaining one cell phone, one computer, and one harddrive. After receiving this evidence unlawfully detective Nick Burtanog obtained a search and seizure warrant#.1706-0590 signed by Raymond Childress at 14:59 hours June 13, 2017 after search was executed Willie Cauley statement of miranda rights was read after ~~Defen~~ Willie Cauley was charged and Summons. 6/13/17 at 17:25 hours. Detective Nick Burtanog charged Willie Cauley two counts of Bank Fraud. Months later detective Jordan Hollenbeck was fired from

St. Tammany Parish Sheriff's Office. As of now I Willie Cauley still proceeding in court on said, charges from detective Jordan Hollenbeck. Willie Cauley arrested 4/20/2018 for Grand Jury indictment for 89 counts of Bank Fraud and 1 count of racketeering 2 million bond. The cell phone obtained by Nick Burtanog illegally is being used as evidence in this indictment. Willie Cauley love ones and contacts in cell phone has been indicted and harmed and effected and arrested on false allegations by St. Tammany Parish Officials.

## Cause of Action

The Defendant has violated plaintiff's rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution by, in bad faith and for purposes of harassment, pressing charges against them that he knows

cannot form the basis for a proper conviction. His sole reason for pursuing these charges is to punish plaintiffs for having exercised their Fourth Amendment rights and to deter them from future exercise of those rights.

WHEREFORE, the premises considered, plaintiffs pray that this Honorable Court:

1. Assume jurisdiction of this cause and set it down promptly for a hearing.
2. Pending a hearing on this cause, grant a temporary restraining order restraining defendant, his successors in office, his agents and employees, and all other persons ~~actions~~ acting in concert with him from prosecuting plaintiffs on the indictment for 89 counts of Bank Fraud and 1 count of Racketeering, and now pending against them.

3. Enter preliminary and permanent injunctions, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining defendant, his successors in office, his agents and employees, and all other persons acting in concert with him, from prosecuting plaintiffs on the indictment for 89 counts of Bank Fraud and 1 count of Racketeering, and now pending against them.

4. Enter a final judgment declaring that defendant's prosecution of plaintiffs on the indictments now pending against them violates their rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

5. Tax the cost of this action against defendant.

6. Award plaintiffs attorneys' fees pursuant to 42 U.S.C. Section 1988.

7. Grant any further, different, or alternative relief to which the plaintiff may be entitled in the premises.

Pro Se

*[signature]*

Respectfully submitted,

Willie Cauley #187643 (C-506)
P.O. Box 908
Covington, La. 70434

Civil Action
N.O. 18-590-SDD-PLB

United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, La. 70130