UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE M. CAULEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6670** |
| **ST. TAMMANY PARISH, ET AL.** | **SECTION: "G"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by Judge Raymond Childress[1] is **GRANTED**, that the claims against Judge Childress in his official capacity are **DISMISSED WITHOUT PREJUDICE**, and that the claims against Judge Childress in his individual capacity are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** the motion for a default judgment filed by Plaintiff[2] is **DENIED**.

**IT IS FURTHER ORDERED** that the claims against St. Tammany Parish are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

---

[1] Rec. Doc. 12.

[2] Rec. Doc. 21.

**IT IS FURTHER ORDERED** that the motion to set aside default judgment filed by the St. Tammany Parish Government[3], is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion to stay proceedings filed by Detective Nick Burtanog, Sheriff Randy Smith, and District Attorney Warren Montgomery[4] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's claims against Detective Nick Burtanog, Sheriff Randy Smith, District Attorney Warren Montgomery, and Detective Jordan A. Hollenbeck are **STAYED**.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the stayed claims and that the case be restored to the trial docket upon Plaintiff's motion once his criminal proceedings are concluded, so that the claims may proceed to final disposition.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by Plaintiff[5] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes until such time as it is reopened for resolution of the stayed claims.

**NEW ORLEANS, LOUISIANA,** this 28th day of December, 2018.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[3] Rec. Doc. 24.

[4] Rec. Doc. 25.

[5] Rec. Doc. 31.